IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KIRK DAVID HALCOMB**
**ADC #661266** **PLAINTIFF**

**V.** **CASE NO. 4:17-cv-00727 SWW-BD**

**FRANK SPAIN, Prosecuting**
**Attorney,** *et al***.** **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED with prejudice.

IT IS SO ORDERED, this 6th day of December, 2017.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE